# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 93CR1246-H |
| Plaintiff, | ) | |
| v. | ) | **ORDER AND JUDGMENT OF DISMISSAL** |
| FERNANDO LENCIONI-BAZAN (1), | ) | |
| Defendant. | ) | |

This matter comes before the Court on the United States' motion to dismiss the Indictment and request to recall the arrest warrant as to Defendant Fernando Lencioni-Bazan.

IT IS HEREBY ORDERED that the Indictment in the above-captioned case is DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that the arrest warrant is recalled.

DATED: 2/25/2025

HONORABLE MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE